UNITED STATES OF AMERICA

STATE OF LOUISIANA

THIRTY FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

-    -    -    -    -    -    -

I, LISA L. BORDEN, DEPUTY CLERK OF COURT OF THE THIRTY-

FOURTH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD, DO

HEREBY CERTIFY, that the attached record consisting of 46 pages is a true copy of the

original record on file in the Court, No. 13-1070, entitled STEVE B. DOUGLAS, ET AL

versus RENOLA EQUITY FUND II, ET AL filed SEPTEMBER 18, 2013.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of

this said court, at the City of Chalmette, on this 16TH day of OCTOBER, 2013.

_____

LISA L. BORDEN, DEPUTY CLERK

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.: 13  1070                                                    DIVISION "E"

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, INDIVIDUALLY AND ON
BEHALF OF E'MAYAH J. COLEMAN, SKYE E. DOUGLAS AND STEVE B.
DOUGLAS, JR., MINOR CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA
LANTE' CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI KELLING
ARNOLD, III, A MINOR CHILD; SAM FORD, III, INDIVIDUALLY AND ON BEHALF
AHMAD FORD, A MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON MORGAN, AND
JAYLIN MORGAN, MINOR CHILDREN; MONCHEL B. MELROSE, INDIVIDUALLY
AND ON BEHALF OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE AND KEISHA WAKER-BOUIE, INDIVIDAULLY AND ON BEHALF OF
REGINALD MICHAEL BOUIE, A MINOR CHILD; JUSTIN WEATHERSPOON, SR.
AND MARIA BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF OF
JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID STARR; STEVEN
BARCA; LORRAINE MARGOLIS; CEDRIC ALLEN; WANDA I. JOHNSON; JAMAL
STUBBS; RAYMOND MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF DANTÉ LANDRY AND
ODEALIA HARRISON, MINOR CHILDREN

VERSUS

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN DOE INSPECTOR,
PATRIOT TITLE, L.L.C., PARKVIEW CONDOMINIUMS HOMEOWNERS
ASSOCIATION A/K/A PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW INVESTMENT GROUPS,
INCORPORATED, NOVA FINANCIAL & INVESTMENT CORPORATION,
JPMORGAN CHASE BANK, N.A., BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN, IMPERIAL FIRE &
CASUALTY INSURANCE COMPANY, XYZ INSURANCE COMPANY

FILED: _____ SEP 1 8 2013 _____          *Randy S. Nunez*
                    10 5 1 Am                    DEPUTY CLERK

PETITION FOR DAMAGES AND PERSONAL INJURIES

NOW INTO COURT, through undersigned counsel, come STEVE B. DOUGLAS AND

ERICA L. COLEMAN-LEWIS, individually and on behalf of E'MAYAH J. COLEMAN, SKYE

E. DOUGLAS, and STEVE B. DOUGLAS, JR., minor children; LEVI KELLING ARNOLD, II,

and TONCIA LANTE' CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD,

III, a minor child; SAM FORD, III, individually and on behalf of Ahmad Ford, a minor child;

Helena Morgan, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN,

JAVON MORGAN, and JAYLIN MORGAN, minor children; MONCHEL B. MELROSE,

individually and on behalf of MICHAEL MELROSE, a minor child; REGINALD LOUIS

BOUIE and KEISHA WAKER-BOUIE, individually and on behalf of REGINALD MICHAEL

Bouie, a minor child; JUSTIN WEATHERSPOON, SR. and MARIA BUSH-WEATHERSPOON, individually and on behalf of JUSTIN WEATHERSPOON, JR., a minor child; DAVID STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND MICHAEL WILLIAMS, SR.; and TERRIAL HARRISON and LAKEIA HARRISON, individually and on behalf of DANTÉ LANDRY and ODEALIA HARRISON, minor children, made petitioners herein, who with respect allege and aver as follows:

## I.   JURISDICTION AND VENUE

1.   This Court has subject matter jurisdiction over this matter pursuant to Article V, Section 16 of the Louisiana Constitution of 1974 because the district court has original jurisdiction of all civil matters.

2.   Venue is proper in this Court pursuant to Louisiana Code of Civil Procedure article 74 because the offense(s) causing damages to your petitioner occurred in St. Bernard Parish.

## II.   PARTIES

*Petitioners*

3.   STEVE B. DOUGLAS, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana. Mr. Douglas moved into Unit 119 in Building 301 of Park View Condominiums on or about August 13, 2010. On or about November 22, 2011, Mr. Douglas purchased said unit from RENOLA EQUITY FUND II, LLC, for Seventy-Five Thousand Dollars and 00/100 ($75,000.00). On the same day, Mr. Douglas executed a mortgage in favor of WCS Lending, LLC, to secure a promissory note in the principal amount of Seventy-Six Thousand Five Hundred Thirty Dollars and 00/100 ($76,530.00).

4.   ERICA L. COLEMAN-LEWIS, individually and on behalf of E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, and STEVE B. DOUGLAS, JR., minor children, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana. Ms. Coleman-Lewis and the minor children moved into Unit 119 in Building 301 of Park View Condominiums on or about August 13, 2010.

5.   LEVI KELLING ARNOLD, II, and TONCIA LANTÉ CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III, a minor child, persons of the full age of

majority and residents of St. Bernard Parish, Louisiana. Mr. Arnold, Ms. Chapman, and the minor child resided in Unit 220 in Building 217 of Park View Condominiums. Mr. Arnold purchased said unit from RENOLA EQUITY FUND II, LLC, and executed a mortgage in favor of JPMORGAN CHASE BANK, N.A., to secure a promissory note.

6.   SAM FORD, III, individually and on behalf of AHMAD FORD, a minor child, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana. Mr. Ford and the minor child resided in Unit 205 in Building 217 of Park View Condominiums. On or about May 19, 2010, Mr. Ford purchased said unit from RENOLA EQUITY FUND II, LLC, for Seventy-Nine Thousand Dollars and 00/100 ($79,000.00). On the same day, Mr. Ford executed a mortgage in favor of RENOLA EQUITY FUND, III, LLC, to secure a promissory note in the principal amount of Seventy Thousand Three Hundred Thirty Dollars and 00/100 ($70,300.00) as well as a mortgage in favor of CASTELLAW INVESTMENT GROUPS, INC., to secure a promissory note in the principal amount of Nine Thousand Six Hundred Dollars and 00/100 ($9,600.00).

7.   JAMAL STUBBS, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana. Mr. Stubbs resided in Unit 205 in Building 217 of Park View Condominiums.

8.   HELENA MORGAN, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, and JAYLIN MORGAN, minor children, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana. Ms. Morgan leased a unit in Building 217 of Park View Condominiums.

9.   MONCHEL MELROSE, individually and on behalf of MICHAEL MELROSE, a minor child, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana. Ms. Melrose leased unit 120 in Building 301 of Park View Condominiums.

10.  REGINALD LOUIS BOUIE and KEISHA WAKER-BOUIE, individually and on behalf of REGINALD MICHAEL BOUIE, a minor child, persons of the full age of majority and residents of St. Bernard Parish, Louisiana. Mr. Bouie, Ms. Waker-Bouie, and the minor child resided in Unit 202 in Building 301 of Park View Condominiums. On or about July 20, 2011, Mr. Bouie purchased said unit from RENOLA EQUITY FUND II, LLC, for

Seventy-Nine Thousand Dollars and 00/100 ($79,000.00).  On the same day, Mr. Bouie executed a mortgage in favor of WCS LENDING, LLC, to secure a promissory note. The mortgage was subsequently sold to JPMORGAN CHASE BANK, N.A.

11.   JUSTIN WEATHERSPOON, SR., and MARIA BUSH-WEATHERSPOON, individually and on behalf of JUSTIN WEATHERSPOON, JR., a minor child, persons of the full age of majority and residents of St. Bernard Parish, Louisiana.   Mr. Weatherspoon and Mrs. Bush-Weatherspoon leased the premises located at 301 Plantation Drive, Unit 235, Chalmette, Louisiana 70043.

12.   DAVID STARR, a person of the full age of majority and resident of St. Bernard Parish, Louisiana.  Mr. Starr resided in Unit 210 in Building 217 of Park View Condominiums. On or about June 4, 2010, Mr. Starr purchased said unit from RENOLA EQUITY FUND II, LLC, for Sixty-Nine Thousand Nine Hundred Dollars and 00/100 ($69,900.00).   On the same day, Mr. Starr executed a mortgage in favor of NOVA FINANCIAL & INVESTMENT CORPORATION, to secure a promissory note in the principal amount of Seventy-One Thousand Four Hundred Two Dollars and 00/100 ($71,402.00).

13.   STEVEN BARCA, a person of the full age of majority and resident of St. Bernard Parish, Louisiana.  Mr. Barca resided in Unit 219 in Building 217 of Park View Condominiums. He purchased said unit from RENOLA EQUITY FUND II, LLC, and executed a mortgage in favor of BANK OF AMERICA, N.A., to secure a promissory note.

14.   LORRAINE MARGOLIS, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana.  Ms. Margolis resided in Unit 219 in Building 217 of Park View Condominiums.

15.   CEDRIC ALLEN, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana.   Mr. Allen resided in a unit in Building 217 of Park View Condominiums.

16.   WANDA I. JOHNSON, a person of the full age of majority and a resident of St. Bernard Parish, Louisiana. Ms. Johnson leased and resided in Unit 109 in Building 217 of Park View Condominiums.

17.     RAYMOND MICHAEL WILLIAMS, Sr., a person of the full age of majority and a resident of St. Bernard Parish, Louisiana.  Mr. Williams leased and resided in Unit 223 in Building 301 of Park View Condominiums, effective March 26, 2011.

18.     TERRIAL HARRISON AND LAKEIA HARRISON, individually and on behalf of DANTÉ LANDRY and ODEALIA HARRISON, minor children, persons of the full age of majority and residents of St. Bernard Parish, Louisiana.  Mr. and Mrs. Harrison and minor children leased and resided in Unit 230 in Building 301 of Park View Condominiums, effective February 18, 2010.

*Defendants*

19.     RENOLA EQUITY FUND, II, LLC, a non-Louisiana limited liability company *authorized to do business and in fact doing business in the State of Louisiana.*

20.     XYZ CONTRACTOR, an entity authorized to do business and in fact doing business in the State of Louisiana.

21.     JOHN DOE INSPECTOR, a person of the full age of majority and believed to be a resident of St. Bernard Parish, Louisiana.

22.     PATRIOT TITLE, L.L.C., *a domestic limited liability company authorized to do business and in fact doing business in the State of Louisiana.*

23.     PARK VIEW CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A PARK VIEW HOMEOWNERS ASSOCIATION, an unincorporated association that has the procedural capacity to be sued and charged with managing and regulating the condominium[1].

24.     WCS LENDING, LLC, a non-Louisiana limited liability company authorized to do business and in fact doing business in the State of Louisiana.

25.     RENOLA EQUITY FUND, III, LLC, a non-Louisiana limited liability company authorized to business and in fact doing business in the State of Louisiana.

26.     CASTELLAW INVESTMENT GROUPS, INC., a non-Louisiana business corporation authorized to do business and in fact doing business in the State of Louisiana.

---

[1] Defined as the property regime under which portions of immovable property are subject to individual ownership and the remainder thereof is owned in indivision by such unit owners. La. Rev. Stat. 9:1121.103(1).

27. NOVA FINANCIAL & INVESTMENT CORPORATION, a non-Louisiana corporation authorized to do business and in fact doing business in the State of Louisiana.

28. JPMORGAN CHASE BANK, N.A., a non-Louisiana business corporation authorized to do business and in fact doing business in the State of Louisiana.

29. BANK OF AMERICA, N.A., a non-Louisiana business corporation authorized to do business and in fact doing business in the State of Louisiana.

30. SOUTHERN FIDELITY INSURANCE COMPANY, a non-Louisiana insurance company authorized to do business and in fact doing business in the State of Louisiana;

31. LOUISIANA CITIZENS FAIR PLAN, a non-Louisiana insurance company authorized to business and in fact doing business in the State of Louisiana.

32. IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, a domestic insurance company authorized to do business and in fact doing business in the State of Louisiana.

### III.   FACTUAL BACKGROUND

33. Defendant RENOLA EQUITY FUND, II, LLC ("Seller"), a California limited liability company, acquired Park View Condominiums ("the condominiums"), more particularly described as follows:

> PARK VIEW CONDOMINIUMS, situated in the Parish of St. Bernard, State of Louisiana, in Square "D" of Village Square, bounded by Plantation Drive (formerly Plymouth Drive), Village Square East and Oak Tree Lane (formerly Jamestown Drive), which lot is designated by the No. 21 on a survey made by J. J. Krebs & Sons, Inc., on September 30, 1972. Further designated by the No. 21 on survey of Eugene I. Estopinal, C. E., dated February 9, 1973, a copy of which is attached to an act recorded at COB 117, folio 311. Further in accordance with a survey by BFM Corporation dated November 30, 1996, a copy of which is attached to an act recorded under Instrument Number 31908, together with all the buildings and appurtenances thereunto appertaining, including rights in the Common Elements and Limited Common Elements, as provided in the Condominium Declaration Creating and Establishing Park View Condominiums, including all rights in the Common Elements and Limited Common Elements, passed before Notary Public on July 26, 2007, recorded on August 25, 2009 and filed with the Clerk of Court, Parish of St. Bernard at Instrument Number 534931, creating and establishing "Park View Condominiums" (The Condominium Declaration), including the survey, plat plans and other instruments annexed thereto the said unit being more particularly described in the Condominium Declarations and on the plat of Raymond C. Impastato, Professional Land Surveyor, dated May 23, 2009, consisting of seven sheets.

Improvements thereon bear the Municipal Nos. 217 & 301
Plantation Drive, Chalmette, Louisiana.

34.   Seller acquired the condominiums by act dated April 12, 2007, filed April 19, 2007,
under instrument number 487614 of the official records of the Clerk of Court for the
Parish of St. Bernard, Louisiana.

35.   The condominiums sustained substantial wind and flood damage due to Hurricane
Katrina in 2005, which necessitated the gutting and complete rehabilitation of the
property.

36.   Seller hired John Doe Contractor to manage the gutting and complete rehabilitation of the
condominiums.

37.   The alleged rehabilitation of the condominiums was completed in 2010, at which time
seller began leasing the condominiums and offered tenants an opportunity to purchase
individual units.

38.   In an effort to promote the condominiums, seller utilized television and print
advertisements highlighting the renovated property and the accessibility of financing for
individuals who were not qualified for traditional financing.

39.   On August 29, 2012, Hurricane Isaac made landfall and caused substantial wind damage
to the condominiums.

40.   Jeff Castellaw, on behalf of Parkview Condominium Association, contacted SERVPRO
on or about November 12, 2012, and requested an assessment of the water damage to the
property located at 217 Plantation Drive in Chalmette, Louisiana.  SERVPRO issued a
written report on November 16, 2012, wherein the following conclusions were expressed:

a.   According to the IICRC S520 Standard and Reference Guide for Professional
Mold Remediation, Condition 3 mold growth is "an indoor environment
contaminated with the presence of actual mold growth and associated spores.
Actual growth includes growth that is active or dormant, visible or hidden."  Due
to the long standing presence of Condition 3 mold growth; there are serious health
concerns for anyone inhabiting these affected units.  In Chapter 3 of S520, it
states that, "Addressing possible health effects in the aftermath of major

hurricanes and floods the CDC recommends that visible and extensive mold growth be remediated and that, "…excessive exposure to mold-contaminated materials can cause adverse health effects in susceptible person regardless of the type of mold or the extent of contamination." It also states in Chapter 3 that, "In general, building dampness (i.e., moist or wet conditions), and the resulting surface and airborne mold contamination, have significant potential impact on the health of occupants." In the case of these buildings, both wet conditions and Condition 3 mold are present.

b. It is reasonable to assume that even areas that do not exhibit visible mold growth are contaminated with Condition 2 mold or elevated spore counts. The S520 states that Condition 2 mold is, "an indoor environment that may have settle sores, fungal fragments or traces of actual growth whose identity, location and quantity are reflective of a normal fungal ecology for a similar indoor environment." In my opinion, these conditions exist in all areas affected with water damage. I believe it is necessary to retain a licensed Industrial Hygienist to perform, at a minimum, a visual inspection of the property to validate my findings. Further, an indoor air quality screening to determine the types of mold present and the amount of airborne mold spores in each unit.

c. According to industry standard, water damage categories deteriorate as time elapses. In this case, the original source of water damage was wind driven rain water (Category I) and did not pose substantial risk from dermal, ingestion or inhalation exposure. Category I water degrades to Category III water after it passes the 120 hour mark. In each affected unit, building materials remained wet for well over that time period causing the category of water to shift to Category III damage. This type of water damage is grossly contaminated and according to the IICRC S500 Standard and Reference Guide for Professional Water Damage Restoration, "can contain pathogenic, toxigenic or other harmful agents." In line with industry standard, all porous materials contaminated with Category III water

must be removed and properly disposed. Upon removal, the wall and ceiling cavities can be inspected for further damage.

41. Based on the findings outlined in Paragraph 41 of the instant petition, SERVPRO made the following recommendations:

   a.    …at a minimum, vacating units that display visible mold growth;

   b.    …out of an abundance of caution due to Category III damaged structural materials and potentially dangerous air quality issues, it would be reasonable to consider vacating all units that were affected by wind driven rain as they are likely to contain Condition 2 mold contamination.

   c.    Each affected unit is in need of extensive demolition, mold remediation and possibly drying…Once demolition begins, it is possible that more mold growth will be discovered inside wall and ceiling cavities as well as under affected flooring. The potential for this could cause the problem to be more serious and would require extensive remediation and/or drying. This also contributes to the environment being unsuitable for tenant occupancy.

42. By correspondence dated January 14, 2013, St. Bernard Parish Government advised that the condominiums were deficient with regard to public health and safety. Specifically, the Parish expressed grave concern for the following: (a) the roof mounted air conditioner condensers may be fall hazards; (b) the continued presence of unusually high moisture levels inside of the interior walls which partition units and portions of units; (c) mold growth; (d) the presence of mold growth created the possibility that the moisture could compromise the integrity of the wiring/electrical systems in the condominiums; and (e) roof damage that continued to allow moisture into the buildings.

43. By correspondence dated January 18, 2013, tenants were advised that all occupants must vacate the premises located at 217 & 301 Plantation Drive in Chalmette, Louisiana no later than February 13, 2013.

44. Tenants were evicted from the condominiums on February 13, 2013.

45. During the course of occupancy in the condominiums, your petitioners were exposed to toxic mold.

Original Petition for Damages and Personal Injuries

46.     As a result of the excessive exposure to toxic mold, mold spores, and their by-products, your petitioners suffered, *inter alia*, respiratory symptoms, nasal irritation, sinus discomfort, watery eyes, throat discomfort, coughing, nasal symptoms, runny, blocked, or stuffy nose, headaches, itchy skin, weak voice, and swallowing problems.

## IV.   ALLEGATIONS

### COUNT I:  CLAIM AGAINST RENOLA EQUITY FUND II, LLC FOR BREACH OF WARRANTY AGAINST REDHIBITORY DEFECTS

47.     Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and STEVEN BARCA, purchased individual units at Park View Condominiums from defendant, RENOLA EQUITY FUND II, LLC.

48.     Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and STEVEN BARCA, were induced to purchase the individual units on the premise that the condominiums were gutted, treated for mold contamination, and renovated in compliance with all city and parish ordinances.

49.     "A defect is redhibitory when it renders the thing useless, or its use so inconvenient that it must be presumed that a buyer would not have bought the thing had he known of the defect. The existence of such a defect gives a buyer the right to obtain rescission of the sale." La. Civ. Code art. 2520.

50.     Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and STEVEN BARCA, allege that the condominiums were neither gutted nor treated for mold contamination.   Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and STEVEN BARCA, further allege that the renovations were not in compliance with all city and parish ordinances, thereby exposing occupants to damaged structural materials and dangerous air quality issues.

51.   Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD,
      III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and
      STEVEN BARCA would not have purchased the premises had they known of the
      defects.

52.   Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD,
      III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and
      STEVEN BARCA, are each, therefore, entitled to a rescission of the home sales,
      damages, and attorney's fees.

### COUNT II:  CLAIM AGAINST RENOLA EQUITY FUND, II, LLC, XYZ CONTRACTOR, JOHN DOE INSPECTOR, PATRIOT TITLE, L.L.C., AND WCS LENDING, LLC FOR FRAUD

53.   Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD,
      III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and
      STEVEN BARCA, further allege that defendant, RENOLA EQUITY FUND, II, LLC,
      misrepresented the type and amount of renovations done to the condominiums in an
      effort to entice your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II,
      SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID
      STARR, AND STEVEN BARCA, to purchase the condominiums.  Specifically, your
      petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III,
      REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and
      STEVEN BARCA, allege that defendant, RENOLA EQUITY FUND, II, LLC, made
      assertions that the condominiums were completely gutted, mold remediated, and
      renovated in compliance with all city and parish ordinances.

54.   Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD,
      III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and
      STEVEN BARCA, further allege that defendant, RENOLA EQUITY FUND, II, LLC,
      utilized television and print advertisements to communicate the misrepresentations and
      entice prospective homebuyers by highlighting the accessibility of financing for
      individuals who were not qualified for traditional financing.

55.   Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD,
III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and
STEVEN BARCA, further allege that defendants, XYZ CONTRACTOR, JOHN DOE
INSPECTOR, PATRIOT TITLE, L.L.C., and WCS LENDING, LLC, knew of the
misrepresentations and participated/colluded in said misrepresentation to obtain an unjust
advantage and for financial gain.

56.   Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD,
III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and
STEVEN BARCA, are, therefore, entitled to a rescission of the home sales, damages, and
attorney's fees.

## COUNT III:  CLAIM AGAINST PARKVIEW CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A PARKVIEW HOMEOWNERS ASSOCIATION FOR NEGLIGENCE

57.   Your    petitioners    allege    that    defendant,    PARKVIEW    CONDOMINIUMS
HOMEOWNERS    ASSOCIATION    A/K/A    PARKVIEW    HOMEOWNERS
ASSOCIATION, had an affirmative duty to procure and maintain sufficient insurance to
repair and preserve the common areas or parts of the condominiums necessary to sustain
the overall integrity of the buildings.

58.   Your   petitioners   further   allege   that   defendant,   PARKVIEW   CONDOMINIUMS
HOMEOWNERS    ASSOCIATION    A/K/A    PARKVIEW    HOMEOWNERS
ASSOCIATION, had a duty to maintain the integrity of the condominiums to ensure
habitability and that said structures were free from safety hazards and health hazards.

59.   ·Defendant, PARKVIEW CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, breached its' duties to your petitioners.

60.   The  specific  acts  of  negligence  on  the  part  of  defendant,  PARKVIEW
CONDOMINIUMS    HOMEOWNERS    ASSOCIATION    A/K/A    PARKVIEW
HOMEOWNERS ASSOCIATION, whose negligence was a proximate cause of the
damages suffered by your petitioners, include, but are not limited to, the following, to-
wit:

a.   Failure to maintain the condominiums;

Original Petition for Damages and Personal Injuries                    Page 12 of 26

b.   Failure to maintain sufficient and adequate insurance on the condominiums;

c.   Failure to timely institute insurance claims for damage sustained by the condominiums as a result of Hurricane Isaac;

d.   Failure to timely repair deficiencies cited by St. Bernard Parish Government or furnish documentation issued by accredited professionals that the deficiencies did not pose a hazard; and

e.   Any and all other acts of negligence and/or imprudence and/or lack of care, which may be proven during the investigation and/or at the trial of this matter.

61.   As a result of the negligence of defendant, PARKVIEW CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A PARKVIEW HOMEOWNERS ASSOCIATION, your petitioners were excessively exposed to grossly mold-contaminated conditions and safety hazards.

62.   Your petitioners were evicted from their homes on February 13, 2013, because of defendant, PARKVIEW CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A PARKVIEW HOMEOWNERS ASSOCIATION'S, negligent actions.

**COUNT IV:  BAD FAITH CLAIM AGAINST
LOUISIANA CITIZENS FAIR PLAN**

63.   Your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III; SAM FORD, III, individually and on behalf of AHMAD FORD; JAMAL STUBBS; HELENA MORGAN, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, and JAYLIN MORGAN; DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, allege on information and belief that, at all times relevant, Building 217 of Park View Condominiums was covered by an insurance policy sold and delivered by defendant LOUISIANA CITIZENS FAIR PLAN, under policy number MP0142004000005, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.  Your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III; SAM FORD, III, individually and on behalf of

AHMAD FORD; JAMAL STUBBS; HELENA MORGAN, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, and JAYLIN MORGAN; DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, further allege on information and belief that under the terms of said policy, defendant LOUISIANA CITIZENS FAIR PLAN is obligated to pay for any and all wind damage sustained by Building 217 of Park View Condominiums.

64.   At all times material hereto, your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III; SAM FORD, III, individually and on behalf of AHMAD FORD; JAMAL STUBBS; HELENA MORGAN, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, and JAYLIN MORGAN; DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, constitute interested parties because they were owners, lessors, or occupants of units in Building 217 of Park View Condominiums.

65.   On August 29, 2012, Hurricane Isaac hit the gulf coast with cruel and devastating force. As a result of Hurricane Isaac, the condominiums sustained significant damage believed to be caused by a combination of events, including wind, rain, wind driven rain and flooding.

66.   Based on information and belief, defendant, LOUISIANA CITIZENS FAIR PLAN was notified about the damage to the property.

67.   Based on information and belief, defendant, LOUISIANA CITIZENS FAIR PLAN, has not issued insurance proceeds to begin structural repairs to the condominiums despite receipt of satisfactory proof of loss.

68.   As a result of the covered peril and defendant, LOUISIANA CITIZENS FAIR PLAN's failure to timely tender insurance proceeds, your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, LEVI KELLING ARNOLD, III, SAM FORD, III, AHMAD FORD, JAMAL STUBBS, HELENA MORGAN, TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, JAYLIN MORGAN, DAVID STARR,

STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, have been exposed to grossly mold-contaminated conditions and evicted from their homes.

69.   Defendant, LOUISIANA CITIZENS FAIR PLAN, acted arbitrary and capricious and in bad faith by failing to pay the claim within thirty (30) days after receipt of satisfactory proof of loss from the insured or any party in interest in violation of Louisiana Revised Statute 22:1982.

70.   Defendant, LOUISIANA CITIZENS FAIR PLAN, violated its duty of good faith and fair dealing by failing to pay the claims arising from damage sustained by the condominiums as a result of Hurricane Isaac within sixty (60) days after receipt of satisfactory proof of loss. The failure to pay is arbitrary, capricious, and without probable cause in violation of Louisiana Revised Statute 22:1973.

71.   As a result of defendant, LOUISIANA CITIZENS FAIR PLAN'S, arbitrary and capricious actions, your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, LEVI KELLING ARNOLD, III, SAM FORD, III, AHMAD FORD, JAMAL STUBBS, HELENA MORGAN, TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, JAYLIN MORGAN, DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, have been exposed to hazardous conditions and suffered mental anguish, financial distress, and inconvenience, for which they are entitled to an amount commensurate with their damages, all as reasonable in the premise, to be determined by the trier of fact.

72.   Defendant, LOUISIANA CITIZENS FAIR PLAN, is liable for attorneys' fees and penalties under Louisiana Revised Statutes §§ 22:1892 and 22:1973.

## COUNT V:  BAD FAITH CLAIM AGAINST
## IMPERIAL FIRE & CASUALTY COMPANY

73.   Your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III; SAM FORD, III, individually and on behalf of AHMAD FORD; JAMAL STUBBS; HELENA MORGAN, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON

MORGAN, and JAYLIN MORGAN; DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, allege on information and belief that, at all times relevant, Building 217 of Park View Condominiums was covered by an insurance policy sold and delivered by defendant IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, under policy number F220028644, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.   Your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III; SAM FORD, III, individually and on behalf of AHMAD FORD; JAMAL STUBBS; HELENA MORGAN, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, and JAYLIN MORGAN; DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, further allege on information and belief that under the terms of said policy, defendant IMPERIAL FIRE & CASUALTY INSURANCE COMPANY is obligated to pay for any and all flood damage sustained by Building 217 of Park View Condominiums.

74.   At all times material hereto, your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III; SAM FORD, III, individually and on behalf of AHMAD FORD; JAMAL STUBBS; HELENA MORGAN, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, and JAYLIN MORGAN; DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON constitute interested parties because they were owners, lessors, or occupants of units in Building 217 of the Park View Condominiums.

75.   On August 29, 2012, Hurricane Isaac hit the gulf coast with cruel and devastating force. As a result of Hurricane Isaac, the condominiums sustained significant damage believed to be caused by a combination of events, including wind, rain, wind driven rain and flooding.

76.   Based on information and belief, defendant, IMPERIAL FIRE & CASUALTY COMPANY, was notified about the damage to the property.

77. Based on information and belief, defendant, IMPERIAL FIRE & CASUALTY COMPANY, has not issued insurance proceeds to begin structural repairs to the condominiums despite receipt of satisfactory proof of loss.

78. As a result of the covered peril and defendant, IMPERIAL FIRE & CASUALTY COMPANY'S failure to timely insurance proceeds, your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, LEVI KELLING ARNOLD, III, SAM FORD, III, AHMAD FORD, JAMAL STUBBS, HELENA MORGAN, TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, JAYLIN MORGAN, DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and WANDA I. JOHNSON, have been exposed to grossly mold-contaminated conditions and evicted *from their homes.*

79. Defendant, IMPERIAL FIRE & CASUALTY COMPANY, acted arbitrary and capricious and in bad faith by failing to pay the claim within thirty (30) days after receipt of satisfactory proof of loss from the insured or any party in interest in violation of Louisiana Revised Statute 22:1982.

80. Defendant, *IMPERIAL FIRE & CASUALTY COMPANY*, violated *its duty of good faith and fair dealing by failing to pay the claims arising from damage sustained by the* condominiums as a result of Hurricane Isaac within sixty (60) days after receipt of satisfactory proof of loss.  The failure to pay is arbitrary, capricious, and without probable cause in violation of Louisiana Revised Statute 22:1973.

81. As a result of defendant IMPERIAL FIRE & CASUALTY COMPANY'S arbitrary and capricious actions, your petitioners, LEVI KELLING ARNOLD, II, TONCIA LANTÉ CHAPMAN, LEVI KELLING ARNOLD, III, SAM FORD, III, AHMAD FORD, JAMAL STUBBS, HELENA MORGAN, TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, JAYLIN MORGAN, DAVID STARR, STEVEN BARCA, LORRAINE MARGOLIS, CEDRIC ALLEN, and *WANDA I. JOHNSON,* have been exposed to hazardous conditions and suffered mental anguish, financial distress, and inconvenience, for which they are entitled to an amount commensurate with their damages, all as reasonable in the premise, to be determined by the trier of fact.

82.    Defendant IMPERIAL FIRE & CASUALTY COMPANY is liable for attorneys' fees and penalties under Louisiana Revised Statutes §§ 22:1892 and 22:1973.

**COUNT VI:  BAD FAITH CLAIM AGAINST XYZ INSURANCE COMPANY**

83.    Your petitioners, STEVE B. DOUGLAS, ERICA L. COLEMAN-LEWIS, individually and on behalf of E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, and STEVE B. DOUGLAS, JR., minor children; MONCHEL MELROSE, individually and on behalf of MICHAEL MELROSE, a minor child; REGINALD LOUIS BOUIE and KEISHA WAKER-BOUIE, individually and on behalf of REGINALD MICHAEL BOUIE, a minor child; JUSTIN WEATHERSPOON, SR. and MARIA BUSH-WEATHERSPOON, individually and on behalf of JUSTIN WEATHERSPOON, JR., a minor child; RAYMOND MICHAEL WILLIAMS, SR.; and TERRIAL HARRISON and LAKEIA HARRISON, individually and on behalf of DANTÉ LANDRY and ODEALIA HARRISON, minor children, allege on information and belief that, at all times relevant, Building 301 of Park View Condominiums was covered by an insurance policy sold and delivered by defendant XYZ INSURANCE COMPANY, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.  Your petitioners, STEVE B. DOUGLAS, ERICA L. COLEMAN-LEWIS, individually and on behalf of E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, and STEVE B. DOUGLAS, JR., minor children; MONCHEL MELROSE, individually and on behalf of MICHAEL MELROSE, a minor child; REGINALD LOUIS BOUIE and KEISHA WAKER-BOUIE, individually and on behalf of REGINALD MICHAEL BOUIE, a minor child; JUSTIN WEATHERSPOON, SR. and MARIA BUSH-WEATHERSPOON, individually and on behalf of JUSTIN WEATHERSPOON, JR., a minor child; RAYMOND MICHAEL WILLIAMS, SR.; and TERRIAL HARRISON and LAKEIA HARRISON, individually and on behalf of DANTÉ LANDRY and ODEALIA HARRISON, minor children, further allege on information and belief that under the terms of said policy, defendant XYZ INSURANCE COMPANY is obligated to pay for any and all flood damage sustained by Building 301 of Park View Condominiums.

84.   Your petitioners, STEVE B. DOUGLAS, ERICA L. COLEMAN-LEWIS, individually
and on behalf of E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, and STEVE B.
DOUGLAS, JR., minor children; MONCHEL MELROSE, individually and on behalf of
MICHAEL MELROSE, a minor child; REGINALD LOUIS BOUIE and KEISHA
WAKER-BOUIE, individually and on behalf of REGINALD MICHAEL BOUIE, a
minor child; JUSTIN WEATHERSPOON, SR. and MARIA BUSH-WEATHERSPOON,
individually and on behalf of JUSTIN WEATHERSPOON, JR., a minor child;
RAYMOND MICHAEL WILLIAMS, SR.; and TERRIAL HARRISON and LAKEIA
HARRISON, individually and on behalf of DANTÉ LANDRY and ODEALIA
HARRISON, minor children, further allege on information and belief that, at all times
relevant, Building 301 of Park View Condominiums was covered by an insurance policy
sold and delivered by defendant XYZ INSURANCE COMPANY, which policy was then
in full force and effect by virtue of the payment of premiums and otherwise.   Your
petitioners, STEVE B. DOUGLAS, ERICA L. COLEMAN-LEWIS, individually and on
behalf of E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, and STEVE B. DOUGLAS,
JR., minor children; MONCHEL MELROSE, individually and on behalf of MICHAEL
MELROSE, a minor child; REGINALD LOUIS BOUIE and KEISHA WAKER-BOUIE,
individually and on behalf of REGINALD MICHAEL BOUIE, a minor child; JUSTIN
WEATHERSPOON, SR. and MARIA BUSH-WEATHERSPOON, individually and on
behalf of JUSTIN WEATHERSPOON, JR., a minor child; RAYMOND MICHAEL
WILLIAMS, SR.; and TERRIAL HARRISON and LAKEIA HARRISON, individually
and on behalf of DANTÉ LANDRY and ODEALIA HARRISON, minor children, further
allege on information and belief that under the terms of said policy, defendant XYZ
INSURANCE COMPANY is obligated to pay for any and all wind damage sustained by
Building 301 of Park View Condominiums.

85.   At all times material hereto, your petitioners, STEVE B. DOUGLAS, ERICA L.
COLEMAN-LEWIS, individually and on behalf of E'MAYAH J. COLEMAN, SKYE E.
DOUGLAS, and STEVE B. DOUGLAS, JR., minor children; MONCHEL MELROSE,
individually and on behalf of MICHAEL MELROSE, a minor child; REGINALD LOUIS

BOUIE and KEISHA WAKER-BOUIE, individually and on behalf of REGINALD MICHAEL BOUIE, a minor child; JUSTIN WEATHERSPOON, SR. and MARIA BUSH-WEATHERSPOON, individually and on behalf of JUSTIN WEATHERSPOON, JR., a minor child; RAYMOND MICHAEL WILLIAMS, SR.; and TERRIAL HARRISON and LAKEIA HARRISON, individually and on behalf of DANTÉ LANDRY and ODEALIA HARRISON, minor children, constitute interested parties because they were owners, lessors, or occupants of units in Building 301 of the Park View Condominiums.

86. On August 29, 2012, Hurricane Isaac hit the gulf coast with cruel and devastating force. As a result of Hurricane Isaac, the condominiums sustained significant damage believed to be caused by a combination of events, including wind, rain, wind driven rain and flooding.

87. Based on information and belief, defendant, XYZ INSURANCE COMPANY, was notified about the damage to the property.

88. Based on information and belief, defendant, XYZ INSURANCE COMPANY, has not issued insurance proceeds to begin structural repairs to the condominiums despite receipt of satisfactory proof of loss.

89. As a result of the covered peril and defendant, XYZ INSURANCE COMPANY'S failure to timely insurance proceeds, your petitioners, STEVE B. DOUGLAS, ERICA L. COLEMAN-LEWIS, E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, STEVE B. DOUGLAS, JR., MONCHEL MELROSE, MICHAEL MELROSE, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, REGINALD MICHAEL BOUIE, JUSTIN WEATHERSPOON, SR., MARIA BUSH-WEATHERSPOON, JUSTIN WEATHERSPOON, JR., RAYMOND MICHAEL WILLIAMS, SR., TERRIAL HARRISON, LAKEIA HARRISON, DANTÉ LANDRY and ODEALIA HARRISON, have been exposed to grossly mold-contaminated conditions and evicted from their homes.

90. Defendant, XYZ INSURANCE COMPANY, acted arbitrary and capricious and in bad faith by failing to pay the claim within thirty (30) days after receipt of satisfactory proof

of loss from the insured or any party in interest in violation of Louisiana Revised Statute 22:1982.

91.    Defendant, XYZ INSURANCE COMPANY, violated its duty of good faith and fair dealing by failing to pay the claims arising from damage sustained by the condominiums as a result of Hurricane Isaac within sixty (60) days after receipt of satisfactory proof of loss. The failure to pay is arbitrary, capricious, and without probable cause in violation of Louisiana Revised Statute 22:1973.

92.    As a result of defendant XYZ INSURANCE COMPANY'S arbitrary and capricious actions, your petitioners, STEVE B. DOUGLAS, ERICA L. COLEMAN-LEWIS, E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, STEVE B. DOUGLAS, JR., MONCHEL MELROSE, MICHAEL MELROSE, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, REGINALD MICHAEL BOUIE, JUSTIN WEATHERSPOON, SR., MARIA BUSH-WEATHERSPOON, JUSTIN WEATHERSPOON, JR., RAYMOND MICHAEL WILLIAMS, SR., TERRIAL HARRISON, LAKEIA HARRISON, DANTÉ LANDRY and ODEALIA HARRISON, have been exposed to hazardous conditions and suffered mental anguish, financial distress, and inconvenience, for which they are entitled to an amount commensurate with their damages, all as reasonable in the premise, to be determined by the trier of fact.

93.    Defendant XYZ INSURANCE COMPANY is liable for attorneys' fees and penalties under Louisiana Revised Statutes §§ 22:1892 and 22:1973.

## COUNT VII:  CLAIM AGAINST SOUTHERN FIDELITY INSURANCE COMPANY

94.    Your petitioner, STEVE B. DOUGLAS, alleges on information and belief that, at all times relevant, Unit 119 of Park View Condominiums was covered by an insurance policy sold and delivered by defendant Southern Fidelity Insurance Company, under policy number LVH 1007241 01 17, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.   Your petitioner, STEVE B. DOUGLAS, further alleges on information and belief that under the terms of said policy, defendant SOUTHERN FIDELITY INSURANCE COMPANY is obligated to pay for

any and all damage to the dwelling, personal property, and loss of use associated with Unit 119 of Park View Condominiums.

### COUNT VIII:  CLAIM AGAINST LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

95.     Your petitioner, SAM FORD, III, alleges on information and belief that, at all times relevant, Unit 205 of Park View Condominiums was covered by an insurance policy sold and delivered by defendant LOUISIANA CITIZENS FAIR PLAN, under policy number 701851, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.   Your petitioner, SAM FORD, III, further alleges on information and belief that under the terms of said policy, defendant Louisiana Citizens Fair Plan is obligated to pay for any and all damage to the dwelling, personal property, and loss of use associated with Unit 205 of Park View Condominiums.

### COUNT IX:  CLAIM AGAINST MORTGAGE COMPANIES

96.     Pursuant to Louisiana Code of Civil Procedure article 641(1), defendants WCS LENDING, LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL & INVESTMENT CORPORATION, JPMORGAN CHASE BANK, N.A., and BANK OF AMERICA, N.A., are indispensable parties because complete relief cannot be accorded in their absence.   Specifically, your petitioners STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and STEVEN BARCA, are seeking rescission of the sales, which directly and adversely affects defendants WCS LENDING, LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL & INVESTMENT CORPORATION, JPMORGAN CHASE BANK, N.A., and BANK OF AMERICA, N.A.

### V.   DAMAGES

97.     Your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and STEVEN BARCA, were fraudulently induced into purchasing condominiums that were

misrepresented as total renovation projects, when, in fact, aesthetic improvements were made to conceal structural defects.

98.    Your petitioners have been excessively exposed to toxic mold.

99.    As a result of the excessive exposure to toxic mold, mold spores, and their by-products, your petitioners suffered, *inter alia*, respiratory symptoms, nasal irritation, sinus discomfort, watery eyes, throat discomfort, coughing, nasal symptoms, runny, blocked, or stuffy nose, headaches, itchy skin, weak voice, and swallowing problems.

100.   Due to the deficiencies with regard to public health and safety, your petitioners were evicted from their homes.

101.   The evictions resulted in an undue financial hardship to your petitioners, STEVE B. DOUGLAS, LEVI KELLING ARNOLD, II, SAM FORD, III, REGINALD LOUIS BOUIE, KEISHA WAKER-BOUIE, DAVID STARR, and STEVEN BARCA, because they have to maintain the mortgage payments for the uninhabitable property.

102.   Your petitioners have been exposed to hazardous conditions and suffered mental anguish, financial distress, and inconvenience.

### VI.   PRAYER FOR RELIEF

WHEREFORE, your petitioners, STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, individually and on behalf of E'MAYAH J. COLEMAN, SKYE E. DOUGLAS, and STEVE B. DOUGLAS, JR., minor children; LEVI KELLING ARNOLD, II, and TONCIA LANTE' CHAPMAN, individually and on behalf of LEVI KELLING ARNOLD, III, a minor child; SAM FORD, III, individually and on behalf of Ahmad Ford, a minor child; Helena Morgan, individually and on behalf of TATYANA FERDINAND, PARIS MORGAN, JAVON MORGAN, and JAYLIN MORGAN, minor children; MONCHEL B. MELROSE, individually and on behalf of MICHAEL MELROSE, a minor child; REGINALD LOUIS BOUIE and KEISHA WAKER-BOUIE, individually and on behalf of REGINALD MICHAEL Bouie, a minor child; JUSTIN WEATHERSPOON, SR. and MARIA BUSH-WEATHERSPOON, individually and on behalf of JUSTIN WEATHERSPOON, JR., a minor child; DAVID STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND MICHAEL WILLIAMS, SR.; and TERRIAL HARRISON and

LAKEIA HARRISON, individually and on behalf of DANTÉ LANDRY and ODEALIA HARRISON, minor children, pray that:

1.      Defendants be duly served with a copy of this Petition and be duly cited to appear and answer same;

2.      After due proceedings had, there be judgment rendered herein in favor of your Petitioners and against the defendants, jointly, severally, and in solido in an unspecified amount with interest from the date of judicial demand until paid and for all costs of these proceedings, including attorney's fees, penalties, and expert witness fees, and for all such general and equitable relief as the law, equity, and the nature of the case may remit.

Respectfully Submitted:

EDWIN M. SHORTY, JR. & ASSOC.

EDWIN M. SHORTY, JR., LSBA#28421
650 Poydras Street, Suite 2420
New Orleans, Louisiana 70130
Phone: (504) 270-1370
Fax:    (504) 270-0850
eshorty@eshortylawoffice.com

*and*

H.L. HARPER & ASSOCIATES, L.L.C.

HOPE L. HARPER, LSBA# 33173
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (855) 880-4673
Fax:    (504) 322-3807
hharper@hlharperandassociates.com

*and*

SPEARS & SPEARS LAW FIRM

IKE SPEARS, LSBA#
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (504) 593-9500
Fax:    (504) 523-7766
ike@spearslaw.com

PLEASE SERVE:

Renola Equity Fund II, LLC
Through its Registered Agent for Service of Process
Steve Whitehead
196 Moonraker Drive
Slidell, Louisiana 70548

Patriot Title, L.L.C.
Through its Registered Agent for Service of Process
Richard A. Tonry, II
245 Pontchartrain Drive
Slidell, Louisiana 70458

Park View Condominiums Homeowners Association a/k/a Park View Homeowners Association
7420 W. Judge Perez Drive
Arabi, Louisiana 70032

*Via Louisiana Long Arm Statute*
Park View Condominiums Homeowners Association a/k/a Park View Homeowners Association
2445 Alpine Boulevard
Alpine, California 91901

WCS Lending, LLC
Through its Registered Agent for Service of Process
National Registered Agents, Inc.
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

Renola Equity Fund, III, L.L.C.
Through its Registered Agent for Service of Process
Steve Whitehead
196 Moonraker Drive
Slidell, Louisiana 70548

Castellaw Investment Groups, Inc.
Through its Registered Agent for Service of Process
Steve Whitehead
196 Moonraker Drive
Slidell, Louisiana 70548

Nova Financial & Investment Corporation
Through its Registered Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

JPMorgan Chase Bank, N.A.
Through its Registered Agent for Service of Process
C T Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

Bank of America, N.A.
Through its Registered Agent for Service of Process
C T Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

Southern Fidelity Insurance Company
Through its Registered Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Louisiana Citizens Fair Plan
Through its Registered Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Imperial Fire & Casualty Insurance Company
Through its Registered Agent for Service of Process
Dirk Boudreaux
4670 I-49 North Service Road
Opelousas, Louisiana 70570

*Via Louisiana Code of Civil Procedure Article 1313*
Department of Health and Hospitals
P.O. Box 3558
Baton Rouge, Louisiana 70821-3558



# St Bernard Parish Sheriff's Office

## James Pohlmann, SHERIFF

CASE # _13 - 1070_

**FILED**

SEP. 1 9 2013

DEPUTY CLERK
ST. BERNARD PARISH

_Draper, Coleman - Lewis_

vs

_Renier Equity Fund_

TOTAL: _23.08_

| | |
|---|---|
| PLEASE MAKE CHECK PAYABLE TO:<br>JAMES POHLMANN TAX COLLECTOR<br>PO BOX 168<br>CHALMETTE, LA 70044 | PLEASE RETURN THIS BILL WITH CHECK |

2 Courthouse Sq. Chalmette, LA 70043          504.271.2504

## CITATION

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,
SKYE E. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, ANDJAYLIN MORGAN, MINOR CHILDREN;
MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE ANDKEISHA WAKER-BOUIE, INDIVIDUALLY AND ON
BEHALF OF REGINAL MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA L. JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANTE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN



**Case:**   **# 13-1070**

**Division:**   **E**

**VERSUS**

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,
N.A, BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

34th Judicial District Court

Parish of St. Bernard
State of Louisiana

TO:   PARK VIEW CONDOMINIUMS HOMEOWNERS ASSOCIATION
       A/K/A PARK VIEW HOMEOWNERS ASSOCIATION
       7420 W. JUDGE PEREZ DRIVE
       ARABI, LA  70032

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION FOR DAMAGES AND PERSONAL INJURIES.**
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you
must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy.,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be
entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the  18TH  day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

L.L.B/S. DOUGLAS, ET AL

By _____
                                    Deputy Clerk

www.stbclerk.com

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, and on the _____ day of
_____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, which on this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.

Returned Parish of St. Bernard _____
                                                                        Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____ SEP 19 2013 and on the _____ day of
SEP 19 2013 I served a copy of the within _____ on _____ this
_____ NGUYEN on _____ at 7426 W _____ St. 13 this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____ SEP 19 2013 _____
                                                                        Sheriff

19 2013

ST. LANDRY PARISH SHERIFF
P. O. BOX 1029
OPELOUSAS, LA   70570



FILED

SEP 3 0 2013

DEPUTY CLERK
ST BERNARD PARISH

SEPTEMBER   24, 2013
PAGE    1

ST. BERNARD PAR. CLERK OF COURT
P. O. BOX 1746
CHALMETTE, LA 70044

SUIT NO.    13-1070    STEVE B DOUGLAS ET AL
RENOLA EQUITY FUND II ET AL

PARISH  108                 I N V O I C E

----------------------------------------------------------------------
DATE    DESCRIPTION                                CHARGE     BALANCE
----------------------------------------------------------------------
09/23/13 CIT PET (OUT)                             22.00      22.00-
         IMPERIAL FIRE & CASUALTY INS
         CO THRU REG AGT DIRK BOUDREAUX
REQUESTOR: 7    THRU: LYNN B.
         SERVED 09/24/13 - PERSONAL

         **TOTAL DUE THIS INVOICE**                           22.00

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

## CITATION

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,
SKYE E. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, ANDJAYLIN MORGAN, MINOR CHILDREN;
MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE ANDKEISHA WAKER-BOUIE, INDIVIDUALLY AND ON
BEHALF OF REGINAL MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANTE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN

**Case: # 13-1070**

**Division: E**

**VERSUS**

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,
N.A. BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

*34th Judicial District Court*

**Parish of St. Bernard**
**State of Louisiana**

TO:   IMPERIAL FIRE & CASUALTY INSURANCE COMPANY
      THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
      DIRK BOUDREAUX
      4670 I-49 NORTH SERVICE ROAD
      OPELOUSAS, LA  70570

      YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of *PETITION FOR DAMAGES AND PERSONAL INJURIES*.
The Petition tells you what you are being sued for.

      You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you
must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy.,
Chalmette, LA  70043.

      If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be
entered against you without further notice.

      This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the  18TH  day of SEPTEMBER, 2013.

ST. LANDRY PARISH
PERSONAL/DOMICILIARY
DATE:_____9-24-13_____
TIME:_____
PERSON_____
DEPUTY_____

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

By_____
         Deputy Clerk

**LLB/S. DOUGLAS, ET AL**

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                              Returned Parish of St. Bernard _____, _____.
                                                                              Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on _____
_____ on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                              Returned Parish of St. Bernard _____, _____.
                                                                              Sheriff

2013 SEP 23  AM 9 16
ST. LANDRY PARISH
SHERIFF'S DEPT.

Sep. 30. 2012 10:16AM                                                    No. 6022   P. 2

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.  13-1070                                                    DIVISION "E"

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, INDIVIDUALLY AND
BEHALF OF E'MAYAH J. COLEMAN, ET AL.

VS.                              **FAX FILED**

RENOLA EQUITY FUND II, LLC, ET AL.
                                                         SEP 30 2013
FILED: _____                      _____
                                    **DEPUTY CLERK**    CLERK OF COURT
                                                       ST. BERNARD PARISH

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes defendant **PVCA, INC.**,
incorrectly identified as **PARKVIEW CONDOMONIUM HOMEOWNERS ASSOCIATION
A/K/A PARKVIEW HOMEOWNERS ASSOCIATION**, who moves this Court for an Order
granting an extension of thirty (30) days in which to file responsive pleadings, and upon showing
there have been no previous formal extensions of time granted by this Honorable Court, and this
extension of time will give defendant ample opportunity to investigate this case. Defendant
further asserts that this extension of time will not unduly delay this matter or prejudice any other
party.

Respectfully Submitted,

TONRY, BRINSON & GLORIOSO, LLC

_Michael Lillis_
Raymond Brinson, #27187
Richard A. Tonry, II, #27310
Brian L. Glorioso, #27226
**Michael Lillis, #33245**
245 Pontchartrain Drive
Slidell, Louisiana 70458
Telephone: 985-643-7007
Facsimile: 985-649-9240

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all parties of record by
electronic transmission addressed this 30 day of September, 2013.

_Michael Lillis_
MICHAEL LILLIS

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 13-1070                                                    DIVISION "E"

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, INDIVIDUALLY AND
BEHALF OF E'MAYAH J. COLEMAN, ET AL

VS.

RENOLA EQUITY FUND II, LLC, ET AL.

FILED: _____

**FAX FILED**

SEP 30 2013

CLERK OF COURT
ST. BERNARD PARISH

**DEPUTY CLERK**

ORDER

IT IS ORDERED that defendant, PVCA, INC. incorrectly identified as **PARKVIEW CONDOMONIUM HOMEOWNERS ASSOCIATION A/K/A PARKVIEW HOMEOWNERS ASSOCIATION**, be and it is hereby granted an extension of thirty (30) days from the signing of the order in which to answer or otherwise file responsive pleadings in the above captioned matter.

Chalmette, Louisiana, this _____ day of _____, 2013.

_____
JUDGE

Richard A. Tonry, II
Raymond J. Brinson
Brian L. Glorioso
Jeffery J. Waltz
Kristine Sims
Michael Lillis

**TONRY, BRINSON & GLORIOSO, L.L.C.**

ATTORNEYS AND COUNSELORS AT LAW

245 PONTCHARTRAIN DRIVE
SLIDELL, LOUISIANA 70458

Slidell Office:
Telephone: (985) 643-700
Facsimile: (985) 649-9240

Mandeville Office:
Telephone: (985)626-3760
Facsimile: (985)626-3775

September 30, 2013

Clerk of Court
Parish of St. Bernard
Randy S. Nunez
P.O. Box 1746
Chalmette, La. 70044

Re:   *Steve B. Douglas and Erica L. Coleman-Lewis,
Individually and behalf of E'Mayah J. Coleman, et al. vs.
Renola Equity Fund II, LLC, et al*
Case No: 13-1070, Division "E"

Dear Clerk of Court,

Enclosed please find the original MOTION FOR EXTENSION OF TIME in reference to the above case. I have enclosed 1 hard copy to be certified and mailed back to us in the postage paid envelope I have enclosed. I fax filed the Motion on September 30, 2013. I have enclosed a copy of my fax transmission as my receipt.

With kindest regards, I remain

Sincerely,

*Michael Lillis*

Michael Lillis

R2/arj
Enclosures

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 13-1070                                                    DIVISION "E"

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, INDIVIDUALLY AND
ON BEHALF OF E'MAYAH J. COLEMAN, ET AL.

VS.

RENOLA EQUITY FUND II, LLC, ET AL.

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes defendant **PVCA, INC.**

incorrectly identified as **PARKVIEW CONDOMONIUM HOMEOWNERS ASSOCIATION**

**A/K/A PARKVIEW HOMEOWNERS ASSOCIATION,** who moves this Court for an Order

granting an extension of thirty (30) days in which to file responsive pleadings, and upon showing

there have been no previous formal extensions of time granted by this Honorable Court, and this

extension of time will give defendant ample opportunity to investigate this case. Defendant

further asserts that this extension of time will not unduly delay this matter or prejudice any other

party.

Respectfully Submitted,

TONRY, BRINSON & GLORIOSO, LLC

_____
Raymond Brinson, #27187
Richard A. Tonry, II, #27310
Brian L. Glorioso, #27226
**Michael Lillis, #33245**
245 Pontchartrain Drive
Slidell, Louisiana 70458
Telephone: 985-643-7007
Facsimile: 985-649-9240

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all parties of record by
electronic transmission addressed this 30th day of September, 2013.

_____
MICHAEL LILLIS

**34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO.  13-1070                                                    DIVISION "E"

**STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, INDIVIDUALLY AND
BEHALF OF E'MAYAH J. COLEMAN, ET AL.**

VS.

**RENOLA EQUITY FUND II, LLC, ET AL.**

**ORDER**

IT IS ORDERED that defendant, PVCA, INC. incorrectly identified as PARKVIEW

CONDOMONIUM     HOMEOWNERS     ASSOCIATION     A/K/A     PARKVIEW

HOMEOWNERS ASSOCIATION, be and it is hereby granted an extension of thirty (30) days

from the signing of the order in which to answer or otherwise file responsive pleadings in the

above captioned matter.

Chalmette, Louisiana, this _____ 4 _____ day of _____ Oct _____, 2013.

_____
JUDGE

FILED

OCT 0 7 2013

DEPUTY CLERK
ST BERNARD PARISH

Rodney J. Strain, Jr.
Sheriff St. Tammany PARISH

Clerk of Court  St. Bernard Parish
P.O. Box 1746

Chalmette, LA  70044

**DISTRICT COURT**
FOR THE PARISH OF ST. TAMMANY
10/3/2013

| Case: (44)  131070 | | STEVE B. DOUGLAS AND ERCA L. COLEMAN-LEWIS ET AL vs RENOLA EQUITY FUND, III, LLC, XYZ CONTRACTOR, JOHN DOE INSPECTOR, ET AL | |
|---|---|---|---|
| Nbr | Date | Service Type | Charges |
| 2 | 09/20/2013 | Citation | $20.00 |
| | | PATRIOT TITLE, LLC THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS: | |
| | | Date of Disposition: 09/28/2013 Disposition Type: PERS | |
| CIT | | | |
| 2 | 09/27/2013 | Mileage Charge | $6.12 |
| | | Date of Disposition:  Disposition Type: | |
| | | Case Total: | $26.12 |
| | | **Total:** | **$26.12** |

Please make check payable to:
Rodney J. Strain, Jr., Sheriff
701 N. Columbia St.
Covington, LA 70433

TO BE RETURNED WITH PAYMENT

CITATION

RETURN

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,
SKYE B. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, AND JAYLIN MORGAN, MINOR CHILDREN;
MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE AND KEISHA WAKER-BOUIE, INDIVIDUALLY AND ON
BEHALF OF REGINAL MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANYE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN



Case:   # 13-1070

Division:   **E**

VERSUS

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,
N.A. BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

34th Judicial District Court

Parish of St. Bernard
State of Louisiana

TO:   PATRIOT TITLE, L.L.C.
THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
RICHARD A. TONRY, II.
245 PONTCHARTRAIN DRIVE
SLIDELL, LA 70458

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of *PETITION FOR DAMAGES AND PERSONAL INJURIES.*
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you
must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be
entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 18TH day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

LL/B/S. DOUGLAS, ET AL

By_____
Deputy Clerk

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                          Returned Parish of St. Bernard_____, _____.
                                                                        Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on _____
_____ on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handing and delivering the same to in
                          Returned Parish of St. Bernard _____, _____.
                                                                        Sheriff

(44)131070 - 2.00 -- CIT                          INT:
Served PERS on
PATRIOT TITLE, LLC THRU ITS REGISTERED AGENT
FOR S at
245 Pontchartrain DR, SLIDELL
Service Date & Time: 9/26/2013  1:02:00PM

2715 - LINDEN, CHAD, St. Tammany Parish

# CITATION



STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,
SKYE E. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, ANDJAYLIN MORGAN, MINOR CHILDREN;
MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE ANDREISHA MAKER-BOUIE, INDIVIDUALLY AND ON
BEHALF OF REGINAL MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANTE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN

**Case:  # 13-1070**

St. Berra



FILED
OCT 0 7 2013
DEPUTY CLERK
BERNARD PARISH

2936

**Division:  E**

## VERSUS

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,
N.A. BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

*34th Judicial District Court*

*Parish of St. Bernard*
*State of Louisiana*

OCT 02 2013

I made service on the named party through the

CT Corporation

by tendering a copy of this document to
☐ CHASITY CAILLOUET   ☑ TREVOR GAROUTTE   ☐ ANTOINE PIENCE

E. Cummings
Deputy   Parish of East Baton Rouge, Louisiana

**TO:**  WCS LENDING, LLC
THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
NATIONAL REGISTERED AGENTS, INC.
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of *PETITION FOR DAMAGES AND PERSONAL INJURIES.*
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 18TH day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

**LLB/S. DOUGLAS, ET AL**

By_____
Deputy Clerk

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of
_____, ____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from ____ domicile
at the time of said service.
Returned Parish of St. Bernard _____, ____.
_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of
_____, ____, I served a copy of the within _____, on
_____, ____ on ____ at ____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.
_____
Sheriff

# CITATION

Return

**STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,**
**INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,**
**SKYE E. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR**
**CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'**
**CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI**
**KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,**
**INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A**
**MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON**
**BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON**
**MORGAN, AND JAYLIN MORGAN, MINOR CHILDREN;**
**MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF**
**OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS**
**BOUIE AND KEISHA WAKER-BOUIE, INDIVIDUALLY AND ON**
**BEHALF OF REGINAL MICHAEL BOUIE, A MINOR**
**CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA**
**BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF**
**OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID**
**STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC**
**ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND**
**MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND**
**LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF**
**DANTE' LANDRY AND ODEALIA HARRISON, MINOR**
**CHILDREN**

**Case: # 13-1070**
St. Bern



**FILED**
OCT 0 7 2013
DEPUTY CLERK
ST. BERNARD PARISH

**Division:  E**

## VERSUS

**RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN**
**DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW**
**CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A**
**PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,**
**LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW**
**INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL**
**& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,**
**N.A. BANK OF AMERICA, N.A., SOUTHERN FIDELITY**
**INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,**
**IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ**
**INSURANCE COMPANY**

**34ᵗʰ Judicial District Court**

**Parish of St. Bernard**
**State of Louisiana**

OCT 02 2013

I made service of the within named party through the
CT Corporation
by tendering a copy of this document by
☐ DENISE GADBOIS   ☐ TREVOR GADBOIS   ☐ ANTOINE PIERCE
☐ CINDY CARIDEO

E. Currumins
Deputy Sheriff, Parish of E. Baton Rouge, Louisiana

**TO:**  BANK OF AMERICA, N.A.
THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS
C T CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES AND PERSONAL INJURIES.**
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you
must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy.,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be
entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 18ᵀᴴ day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

**LLB/S. DOUGLAS, ET AL**

By _____
Deputy Clerk

www.stbclerk.com

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.                    Returned Parish of St. Bernard _____ , _____

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on _____
on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in this
Returned Parish of St. Bernard _____

_____
Sheriff

# CITATION

Return (

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH I. COLEMAN,
SKYE E. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, AND JAYLIN MORGAN, MINOR CHILDREN;
MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE AND KEEISHA WAKER-BOUIE, INDIVIDUALLY AND ON
BEHALF OF REGINA MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.;  AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANTE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN

*Case:* # 13-1070

St. Berna

FILED

OCT 0 7 2013

DEPUTY CLERK
ST BERNARD PARISH

*Division:* **E**

2936

*VERSUS*

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATRIOT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION,  JPMORGAN CHASE BANK,
N.A. BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

*34th Judicial District Court*

*Parish of St. Bernard*
*State of Louisiana*

OCT. 0 2 2013

I made service on the named party through the
CT Corporation

by crossing a copy of this document to

☐ CHASITY CAILLOUET   ☐ MAYOR CAROUTTE   ☐ ANTOINE PRINCE

E. Cummins

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

*TO:*   JPMORGAN CHASE BANK, N.A.
THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS
C T CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA  70808

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION FOR DAMAGES AND PERSONAL INJURIES.**
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you
must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be
entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 18TH day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

LLB/S. DOUGLAS, ET AL

By _____
Deputy Clerk

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____ and on the _____ day of
_____ , _____, I served a copy of the within __ __ _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
Returned Parish of St. Bernard _____ , _____,
_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____ , _____ and on the _____ day of
_____ , _____, I served a copy of the within _____ on _____
_____ on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handing and delivering the same to in
Returned Parish of St. Bernard _____ , _____,
_____
Sheriff

# CITATION

*Pituun*

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,
SKYE B. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, ANDJAYLIN MORGAN, MINOR CHILDREN;
MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE ANDKEISHA WAKER-BOUIE, INDIVIDUALLY ON
BEHALF OF REGINAL MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.;  AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANTE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN

Case:  # 13-1070

St. Bernard

FILED
OCT 07 2013
DEPUTY CLERK
ST. BERN DO PARISH

Division: **E**

24.16

(A2)

## VERSUS

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,
N.A. BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

OCT 02 2013

*made service on the named party through the 34ᵗʰ Judicial District Court*

Corporation Services

*by tendering a copy of this document to* PAULA GLASER

JEANNINE SCHUTTE

E. Cummins

*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

Parish of St. Bernard
State of Louisiana

□ JARY CUA' LIN

TO:   NOVA FINANCIAL & INVESTMENT CORPORATION
      THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
      CORPORATION SERVICE COMPANY
      320 SOMERULOS STREET
      BATON ROUGE, LA  70802-6129

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of ***PETITION FOR DAMAGES AND PERSONAL INJURIES***.
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you
must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy.,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be
entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the  18ᵀᴴ  day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

LL.B/S. DOUGLAS, ET AL

By _Erica Y. Border_
Deputy Clerk

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____ and on the _____ day of
_____ ' _____, I served a copy of the within _____ by leaving
the same at _____ ' _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                Returned Parish of St. Bernard _____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____ ' _____, I served a copy of the within _____ on
_____ on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                Returned Parish of St. Bernard _____, _____.

_____
Sheriff

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 13-1070                                                    DIVISION "E"

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, INDIVIDUALLY AND
BEHALF OF E'MAYAH J. COLEMAN, ET AL.

VS.

RENOLA EQUITY FUND II, LLC, ET AL.

FILED: ___OCT 2 8 2013___                    _____
        @1:45pm                              DEPUTY CLERK

MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendant PATRIOT
TITLE, L.L.C., who moves this Court for an Order granting an extension of thirty (30) days in
which to file responsive pleadings, and upon showing there have been no previous formal
extensions of time granted by this Honorable Court, and said extension of time will give
defendants ample opportunity to investigate this case. Defendant further asserts that this
extension of time will not unduly delay this matter or prejudice any other party. Further,
opposing party has not filed in the record an objection to an extension of time.

Respectfully submitted,

TONRY, BRINSON & GLORIOSO, LLC

_____
RICHARD A. TONRY, II, #27310
RAYMOND J. BRINSON, #27187
BRIAN L. GLORIOSO, #27226
MICHAEL LILLIS, #33245
245 Pontchartrain Drive
SLIDELL, LA 70458
PHONE: 985-643-7007
FAX: 985-649-9240

CERTIFICATE OF SERVICE

I hereby certify that the forgoing pleading has been served upon all parties of record by
placing same in the United States mail, postage pre-paid and properly addressed, this __8__ day
of _October___, 2013.

_____
Brian L. Glorioso

**34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO. 13-1070                                                    **DIVISION "E"**

**STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS, INDIVIDUALLY AND
BEHALF OF E'MAYAH J. COLEMAN, ET AL.**

**VS.**

**RENOLA EQUITY FUND II, LLC, ET AL.**

FILED: _OCT  8 2013_                      _Lisa Barder_
                                          **DEPUTY CLERK**

**ORDER**

IT IS ORDERED that defendant, **PATRIOT TITLE, L.L.C.,** be and is hereby granted

an extension of thirty (30) days from the signing of the order in which to answer or otherwise file

responsive pleadings in the above captioned matter.

Chalmette, Louisiana, this ____8____ day of _October_____, 2013.

_____
**JUDGE**

## CITATION

*Return*

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,
SKYE E. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, AND JAYLIN MORGAN, MINOR CHILDREN;
MONCHIEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE AND KEISHA WAKER-BOUIE, INDIVIDUALLY AND ON
BEHALF OF REGINAL MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA L JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANTE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN

Case:  # 13-1070
*St. Berna*

OCT 1 0 2013

DEPUTY CLERK
ST. BERNARD PARISH

Division:  **E**

**VERSUS**

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,
N.A. BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

34ᵗʰ Judicial District Court
Parish of St. Bernard
State of Louisiana

OCT 0 2 2013

I made service on the named party through the
Office of the Secretary of State
by tendering a copy of this document to
☐ TAMMY GLOVER   ☐ MEGHAN SHANKS
☐ BILL NESBITT   *E. Cummins*
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

TO:   SOUTHERN FIDELITY INSURANCE COMPANY
THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
HONORABLE J. THOMAS SCHEDLER
P.O. BOX 94125
BATON ROUGE, LA

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES AND PERSONAL INJURIES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy., Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 18ᵀᴴ day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

I.I.B/S, DOUGLAS, ET AL

By _____
Deputy Clerk

www.stbclerk.com

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____, _____ domicile _____ this Parish in the hands of _____
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
Returned Parish of St. Bernard _____, _____
_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on _____
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in _____ at _____ this
Returned Parish of St. Bernard _____, _____
_____
Sheriff

## CITATION

Return

STEVE B. DOUGLAS AND ERICA L. COLEMAN-LEWIS,
INDIVIDUALLY AND ON BEHALF OF E'MAYAH J. COLEMAN,
SKYE E. DOUGLAS AND STEVE B. DOUGLAS, JR., MINOR
CHILDREN; LEVI KELLING ARNOLD, II AND TONYCIA LANTE'
CHAPMAN, INDIVIDUALLY AND ON BEHALF OF LEVI
KELLING ARNOLD, III, A MINOR CHILD; SAM FORD, III,
INDIVIDUALLY AND ON BEHALF OF AHMAD FORD, A
MINOR CHILD; HELENA MORGAN, INDIVIDUALLY AND ON
BEHALF OF TATYANA FERNIDAND, PARIS MORGAN, JAVON
MORGAN, AND JAYLIN MORGAN, MINOR CHILDREN;
MONCHEL B. MELROSE, INDIVIDUALLY AND ON BEHALF
OF MICHAEL MELROSE, A MINOR CHILD; REGINALD LOUIS
BOUIE AND KEISHA WAKER-BOUIE, INDIVIDUALLY AND ON
BEHALF OF REGINAL MICHAEL BOUIE, A MINOR
CHILDREN; JUSTIN WEATHERSPOON, SR. AND MARIA
BUSH-WEATHERSPOON, INDIVIDUALLY AND ON BEHALF
OF JUSTIN WEATHERSPOON, JR., A MINOR CHILD; DAVID
STARR; STEVEN BARCA; LORRAINE MARGOLIS; CEDRIC
ALLEN; WANDA I. JOHNSON; JAMAL STUBBS; RAYMOND
MICHAEL WILLIAMS, SR.; AND TERRIAL HARRISON AND
LAKEIA HARRISON, INDIVIDUALLY AND ON BEHALF OF
DANTE' LANDRY AND ODEALIA HARRISON, MINOR
CHILDREN

**Case:** # 13-1070

St. Berna

2936

**Division:** **E**

**VERSUS**

RENOLA EQUITY FUND II, LLC, XYZ CONTRACTOR, JOHN
DOE INSPECTOR, PATROIT TITEL, L.L.C., PARKVIEW
CONDOMINIUMS HOMEOWNERS ASSOCIATION A/K/A
PARKVIEW HOMEOWNERS ASSOCIATION, WCS LENDING,
LLC, RENOLA EQUITY FUND, III, LLC, CASTELLAW
INVESTMENT GROUPS, INCORPORATED, NOVA FINANCIAL
& INVESTMENT CORPORATION, JPMORGAN CHASE BANK,
N.A, BANK OF AMERICA, N.A., SOUTHERN FIDELITY
INSURANCE COMPANY, LOUISIANA CITIZENS FAIR PLAN,
IMPERIAL FIRE & CASUALTY INSURANCE COMPANY, XYZ
INSURANCE COMPANY

34th Judicial District Court

Parish of St. Bernard
State of Louisiana

OCT 0 2 2013

I made service on the named party through the
Office of the Secretary of State
by tendering a copy of this document to

☐ MERRITT   ☐ TAMMY GLOVER   ☐ MEGHAN SHANKS

E. Cummins

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

TO:  LOUISIANA CITIZENS FAIR PLAN
     THRU ITS REGISTERED AGENT FOR SERVICE OF PROCESS
     LOUISIANA SECRETARY OF STATE
     HONORABLE J. THOMAS SCHEDLER
     P.O. BOX 94125
     BATON ROUGE, LA

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of *PETITION FOR DAMAGES AND PERSONAL INJURIES*.
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you
must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be
entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 18TH  day of SEPTEMBER, 2013.

RANDY S. NUNEZ, Clerk of Court
Parish of St. Bernard

LLB/S. DOUGLAS, ET AL

By _____
                    Deputy Clerk

www.stbclerk.com

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____, _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                    Returned Parish of St. Bernard _____, _____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on
_____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handing and delivering the same to in
                    Returned Parish of St. Bernard _____, _____.

_____
Sheriff