UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVE B. DOUGLAS, ET AL. | * | |
|    Plaintiffs, | * | CASE NO. 2:13-cv-6192 |
| | * | |
| VERSUS | * | SECTION: ___ |
| | * | |
| RENOLA EQUITY FUND II, LLC, | * | DIVISION ___ |
| ET AL. | * | |
|    Defendants. | * | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel and pursuant to Local Rule 7.8, Defendant, Castellaw Investment Groups, herein moves for an extension of twenty one (21) days in which to file responsive pleadings, and upon showing there have been no previous formal extensions of time granted by this Honorable Court, and said extension of time will give defendant ample opportunity to investigate this case. Defendant further asserts that this extension of time will not unduly delay this matter or prejudice any other party. Further, opposing party has not filed in the record an objection to an extension of time.

Respectfully Submitted,

TONRY, BRINSON & GLORIOSO, LLC

s/ Jeffery Waltz
Brian L. Glorioso, # 27226 (TA)
Jeffery Waltz, #28798
Richard A. Tonry, II, #27310
Michael Lillis #33245
245 Pontchartrain Drive
Slidell, Louisiana 70458
Telephone: 985-643-7007
Facsimile: 985-649-9240

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that a copy was mailed, with the confirmation of filing, to any non-CM/ECF participants.

            s/ Jeffery Waltz
            JEFFERY WALTZ