UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVE B. DOUGLAS, ET AL. | * | CIVIL ACTION NO.: |
| | * | 2:13-CV-06192-SSV-JCW |
| VERSUS | * | |
| | * | JUDGE: SARAH S. VANCE |
| RENOLA EQUITY FUND II, LLC, ET AL. | * | |
| | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

**STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT NOVA FINANCIAL & INVESTMENT CORPORATION**

NOW INTO COURT, through respective undersigned counsel, come Plaintiffs Steve B. Douglas and Erica L. Coleman-Lewis, individually and on behalf of E'Mayah J. Coleman; Skye E. Douglas and Steve B. Douglas, Jr., minor children; Levi Kelling Arnold, II and Toncia Lante' Chapman, individually and on behalf of Levi Kelling Arnold, III, a minor child; Sam Ford, III, individually and on behalf of Ahmad Ford, a minor child; Helena Morgan, individually and on behalf of Tatyana Fernidand, Paris Morgan, Javon Morgan, and Jaylin Morgan, minor children; Monchel B. Melrose, individually and on behalf of Michael Melrose, a minor child; Reginald Louis Bouie and Keisha Waker-Bouie, individually and on behalf of Reginald Michael Bouie, a minor child; Justin Weatherspoon, Sr. and Maria Bush-Weatherspoon, individually and on behalf of Justin Weatherspoon, Jr., a minor child; David Starr; Steven Barca; Lorraine Margolis; Cedric Allen; Wanda I. Johnson; Jamal Stubbs; Raymond Michael Williams, Sr.; and Terrial Harrison and Lakeia Harrison, individually and on behalf of Danté Landry and Odealia Harrison, minor children (collectively, "Plaintiffs"), and Defendant Nova Financial & Investment Corporation ("Nova Financial"), who hereby file this Stipulation, by agreement and pursuant to FED R. CIV.

P. 41(a)(1)(ii), dismissing with prejudice all claims pending in this action against Nova Financial, with each party to bear its own attorneys' fees and costs.

Dated: This 22nd day of ~~April~~ May, 2014.

/s/ _____
EDWIN M. SHORTY, JR., LSBA# 28421
EDWIN M. SHORTY, JR. & ASSOC.
650 Poydras Street, Suite 2420
New Orleans, Louisiana 70130
Phone: (504) 270-1370
Fax: (504) 270-0850
eshorty@eshortylawoffice.com

/s/ _____
HOPE L. HARPER, LSBA# 33173
H.L. HARPER & ASSOCIATES, L.L.C.
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (855) 880-4673
Fax: (504) 322-3807
hharper@hlparperandassociates.com

/s/ _____
IKE SPEARS, LSBA#
SPEARS & SPEARS LAW FIRM
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (504) 593-9500
Fax: (504) 523-7766
ike@spearslaw.com

*Attorneys for Plaintiffs*

/s/ Kyle L. Wallace
Kristin L. Beckman (Bar No. 29758)
Kyle L. Wallace (Bar. No. 35367)
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
kbeckman@barrassousdin.com
kwallace@barrassousdin.com

*Attorneys for Nova Financial & Investment Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                                 */s/ Kyle L. Wallace*

*954883_1*