UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVE B. DOUGLAS, ET AL. | * | CIVIL ACTION NO.: |
| | * | 2:13-CV-06192-SSV-JCW |
| VERSUS | * | |
| | * | JUDGE:  SARAH S. VANCE |
| RENOLA EQUITY FUND II, LLC, ET AL. | * | |
| | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Stipulation and Motion to Dismiss filed by Plaintiffs Steve B. Douglas and Erica L. Coleman-Lewis, individually and on behalf of E'Mayah J. Coleman; Skye E. Douglas and Steve B. Douglas, Jr., minor children; Levi Kelling Arnold, II and Toncia Lante' Chapman, individually and on behalf of Levi Kelling Arnold, III, a minor child; Sam Ford, III, individually and on behalf of Ahmad Ford, a minor child; Helena Morgan, individually and on behalf of Tatyana Fernidand, Paris Morgan, Javon Morgan, and Jaylin Morgan, minor children; Monchel B. Melrose, individually and on behalf of Michael Melrose, a minor child; Reginald Louis Bouie and Keisha Waker-Bouie, individually and on behalf of Reginald Michael Bouie, a minor child; Justin Weatherspoon, Sr. and Maria Bush-Weatherspoon, individually and on behalf of Justin Weatherspoon, Jr., a minor child; David Starr; Steven Barca; Lorraine Margolis; Cedric Allen; Wanda I. Johnson; Jamal Stubbs; Raymond Michael Williams, Sr.; and Terrial Harrison and Lakeia Harrison, individually and on behalf of Danté Landry and Odealia Harrison, minor children (collectively, "Plaintiffs"), and Defendant Nova Financial & Investment Corporation ("Nova Financial"), it is hereby:

2

**ORDERED** that the motion is **GRANTED** and that this case is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

**THUS DONE AND SIGNED** on this 23rd day of      May     , 2014 in New Orleans, Louisiana.

*Sarah Vance*
Sarah S. Vance
UNITED STATES DISTRICT JUDGE

*954883_1*